# United States Court of Appeals
## For the First Circuit

No. 16-2343

LUIS ROJAS-BUSCAGLIA; INART CORP.; INART SERVICES, INC.,

Plaintiffs, Appellees,

v.

MICHELE TABURNO-VASARHELYI,
a/k/a Michele Taburno-Vasarely,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on July 24, 2018, is amended as follows:

On page 15, line 6, "review" should be changed to "reviews"

On page 18, line 11, "respect" should be changed to "respects"